IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIM SMITH and CONSTANCE SMITH                                    PLAINTIFFS

v.                              3:15-cv-328-DPM

AMERICAN HERITAGE
LIFE INSURANCE COMPANY                                           DEFENDANT

ORDER

American Heritage Life Insurance Company recently filed its corporate disclosure statement, which notes that American Heritage is a wholly owned, indirect subsidiary of the Allstate Corporation. № 10. A related entity — Allstate Insurance Company — is on my recusal list. Therefore, I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2016