IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIM SMITH and CONSTANCE SMITH**                                    **PLAINTIFFS**

V.                                         **3:15CV00328 JM**

**AMERICAN HERITAGE LIFE**
**INSURANCE COMPANY**                                                **DEFENDANT**

## ORDER

Pending is Defendant's motion to compel and to extend deadlines. (Docket #18). Plaintiffs failed to respond. For good cause shown, the motion is GRANTED. Plaintiffs are directed to provide full and complete responses, within twenty (20) days of the entry of this order, to all interrogatories and requests for production of documents propounded by Defendant. Further, the deadline to disclose expert witnesses is extended to November 7, 2016 and the discovery deadline is extended to December 7, 2016.

IT IS SO ORDERED this 8th day of September, 2016.

_____
James M. Moody Jr.
United States District Judge