IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TIM SMITH and CONSTANCE SMITH                          PLAINTIFFS

vs.                          No. 3:15CV-0328 JM

AMERICAN HERITAGE LIFE
INSURANCE COMPANY                                       DEFENDANT

## JUDGMENT

Consistent with the Order entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that all claims against the defendant are DISMISSED with prejudice.

DATED this 9th day of June, 2017.

_____
James M. Moody Jr.
United States District Judge